An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

CATHY A. REYES,
Appellant,
vs.
JOHN H. REYES,
Respondent.

No. 65282

**FILED**

MAY 1 3 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _R. Matau_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Notice of entry of the district court's February 4, 2014, divorce decree was served on appellant by respondent's counsel by United States mail on that same day. Because service of the notice of entry was by mail, appellant had 33 days from the date of service to file her notice of appeal. *See* NRAP 4(a)(1); NRAP 26(c). Appellant's notice of appeal was therefore due to be filed in the district court on or before March 10, 2014. Appellant, however, did not file her notice of appeal in the district court until March 19, 2014, after the 33-day period for filing her notice of appeal had run. Since appellant's notice of appeal was untimely filed, we lack jurisdiction to consider this appeal. *See Healy v. Volkswagenwerk*, 103 Nev. 329, 331, 741 P.2d 432, 433 (1987) (noting that an untimely notice of appeal fails to vest jurisdiction in this court). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

14-15507

cc: Hon. Bridget Robb Peck, District Judge
Cathy A. Reyes
Fry & Berning, LLC
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A